# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO. 2023 CW 0107

**MARCH 2, 2023**

---

In Re: Gulf Island Shipyards, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201814866.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT GRANTED.** We reverse the portion of the trial court's January 31, 2023 judgment granting the motions for partial summary judgment on termination of the Vessel Construction Agreements filed by defendant, Hornbeck Offshores Services, LLC. We find that defendant, Hornbeck Offshore Services, LLC, has not pointed out to the court the absence of factual support for one or more elements essential to the claim of plaintiff, Gulf Island Shipyards, LLC. We find there are a number of factual issues precluding the grant of these motions for partial summary judgment. Any doubt as to a dispute regarding a material issue of fact must be resolved against granting a motion for summary judgment and in favor of a trial on the merits. **King v. Town of Clarks**, 2021-01897 (La. 2/22/22), 345 So.3d 422, 423. We therefore reverse the trial court's January 31, 2023 judgment granting the motions for partial summary judgment and deny the motions for partial summary judgment on termination of the Vessel Construction Agreements filed by defendant, Hornbeck Offshore Services, LLC.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT